**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1465**

RONALD HAYWARD,

       Plaintiff - Appellant,

    v.

ERIC C. BROWN, Executive Director; SHARON LAND, Deputy Director; YVONNE ALEXANDER, Deputy Director; JOSEPHINE B. CLAY, Hearing Officer; JOYCE RICHARDSON, Program Manager; WILLIAM VALENTINE, Rental Specialist Supervisor; PAMELA JONES, Compliance Specialist,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge.  (8:15-cv-03381-PWG)

Submitted:  August 17, 2017              Decided:  August 21, 2017

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Hayward, Appellant Pro Se.  Carrie Blackburn Riley, BLACKBURN RILEY LLC, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Hayward appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint after the parties reached a settlement agreement in which Hayward agreed to release his claims against the defendants. On appeal, Hayward does not dispute the existence of the agreement or that its terms are clear and constitute the entire agreement among the parties. Because Hayward proffers no viable challenge to the enforceability of the agreement, we affirm the judgment of the district court.[*] We further deny the motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] On the same day he noted his appeal, Hayward filed a Fed. R. Civ. P. 59 motion, which the district court subsequently denied. Because Hayward did not note a separate appeal of the order denying his Rule 59 motion, that order is not before this court. Fed. R. App. P. 4(a)(4)(B)(ii).